Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**U.S. COURTS**

# UNITED STATES DISTRICT COURT

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

JAN 2 1 2020

for the

District of

Division

|  |  |  |
|---|---|---|
| Julia Vance Probst | ) | Case No. _____ |
|  | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |  |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |  |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | Jury Trial: *(check one)*  ☐ Yes  ☒ No |
| *please write "see attached" in the space and attach an additional* | ) |  |
| *page with the full list of names.)* | ) |  |
| -v- | ) |  |
| Adams County Sheriff Department, Valley County | ) |  |
| Sheriff Department, United States Postal Service | ) |  |
| Council Idaho Idaho Department of Health and | ) |  |
| Welfare SNAP Section Procedures Section, St. Lukes | ) |  |
| *Defendant(s)* | ) |  |
| *(Write the full name of each defendant who is being sued. If the* | ) |  |
| *names of all the defendants cannot fit in the space above, please* |  |  |
| *write "see attached" in the space and attach an additional page* |  |  |
| *with the full list of names. Do not include addresses here.)* |  |  |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Non–Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | | | |
|---|---|---|---|
| Name | Julia E. Vance Probst | | |
| Address | 510 N. Exeter | | |
| | Council | Idaho | 8312 |
| | *City* | *State* | *Zip Code* |
| County | Council | | |
| Telephone Number | 405 343 3289 | | |
| E-Mail Address | 0 | | |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | | | |
|---|---|---|---|
| Name | Valley County Sheriff Department | | |
| Job or Title *(if known)* | Detention Center | | |
| Address | P. O. Box 1350 | | |
| | Cascade | ID | 83 11 |
| | *City* | *State* | *Zip Code* |
| County | Valley County | | |
| Telephone Number | 0 | | |
| E-Mail Address *(if known)* | 0 | | |

☐ Individual capacity     ☒ Official capacity

Defendant No. 2

| | | | |
|---|---|---|---|
| Name | Adams County Sheriff Department | | |
| Job or Title *(if known)* | Deputies | | |
| Address | 201 Industrial | | |
| | Council | ID | 83 12 |
| | *City* | *State* | *Zip Code* |
| County | Adams County | | |
| Telephone Number | 0 | | |
| E-Mail Address *(if known)* | 0 | | |

☐ Individual capacity     ☒ Official capacity

Defendant No. 3

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**Defendant No. 3** Name

| | |
|---|---|
| Name | Idaho Department of Health and Welfare |
| Job or Title *(if known)* | SNAP Section  Procedures Section |
| Address | P.O. Box 83720 |

| Boise | Idaho | 83720-0010 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Ada County |
| Telephone Number | 0 |
| E-Mail Address *(if known)* | 0 |

☐ Individual capacity   ☒ Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | ST Lukes |
| Job or Title *(if known)* | Medical DR PA and Compliance Officer |
| Address | main office  190 E. Bannock |

| Boise | Idaho | 83712 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Ada County |
| Telephone Number | 0 |
| E-Mail Address *(if known)* | 0 |

☐ Individual capacity   ☒ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

First Amendment to the Constitution, Fourth Amendment to the Constitution , Fifth Amendment to the Constitution Fourteenth Amendment to the US Constitution.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

US Postal Service, See address below, Fourteenth Amendment to the US Constitution and the Fourth Amendment

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint    *Continued*

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Julia E. Vance Probst |
| Address | 510 N Exeter |

| City | State | Zip Code |
|---|---|---|
| Council | Idaho | 83 12 |

| | |
|---|---|
| County | Adams County |
| Telephone Number | 405 343-3289 |
| E-Mail Address | 0 |

### B.    The Defendant(s)    *Continued*

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 5

| | |
|---|---|
| Name | United States Postal Service |
| Job or Title *(if known)* | Post Master and under postal employee |
| Address | 101 California Ave |

| City | State | Zip Code |
|---|---|---|
| Council | ID | 83 12 |

| | |
|---|---|
| County | Adams County Idaho |
| Telephone Number | 0 |
| E-Mail Address *(if known)* | 0 |

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | 0 |
| Job or Title *(if known)* | 0 |
| Address | 0 |

| City | State | Zip Code |
|---|---|---|
| 0 | | |

| | |
|---|---|
| County | 0 |
| Telephone Number | 0 |
| E-Mail Address *(if known)* | 0 |

☐ Individual capacity    ☐ Official capacity

Defendant No. 3

| | | |
|---|---|---|
| Name | 0 | |
| Job or Title *(if known)* | 0 | |
| Address | 0 | |
| | 0 | |
| | *City* | *State*   *Zip Code* |
| County | 0 | |
| Telephone Number | 0 | |
| E-Mail Address *(if known)* | 0 | |

☐ Individual capacity   ☐ Official capacity

Defendant No. 4

| | | |
|---|---|---|
| Name | 0 | |
| Job or Title *(if known)* | 0 | |
| Address | 0 | |
| | 0 | |
| | *City* | *State*   *Zip Code* |
| County | 0 | |
| Telephone Number | 0 | |
| E-Mail Address *(if known)* | 0 | |

☐ Individual capacity   ☐ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)              Dupu

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My Fourth Amendment to the US Constitution, My Fourteenth Amendment to the US Constitution Under the Equal Protection Clause,  Due Process of Law
First Amendment to the US Constitution My Fifth Amendment to the US Constitution

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

My Fourteenth Amendment to the US Constitution and the Fourth Amendment to the US Constitution Due Process of law and the Equal Protection Clause

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

II. D.

1 of 5

Valley
County
Sheriff
Dept

Starting in 1998 thru 2004 many events occurred through incidents involving a Valley County Sheriff Department Deputy Incident reports after 2004 revealed names of 'others' having been deleted from sum of incident reports. I allege this deputy took all of these names off of the public records to help her friends whom were named, and hurt me, as these friends were committing crimes against me, and the later false incident report stated no 'other' names but my maiden name, and my married name I assume VCSD officer wished it to appear 'I was not in my right mind'. As two incident reports one 2001 and one 2004 were brought up in date in order to create a false impression that I was 'not in my right mind'. This changing or falsifying of incident reports aproximatly 20 in total, caused a reaction as IDHW was brought into the picture through another questionable person with intentions to create the impression I was a 'bad person' by adding some really damaging information to a Psychological document at the IDHW. In February of 2002 another questionable yet extremely damaging Psychological document was created using a letterhead 'Easterseals/Goodwill' and this document was distributed to all of my employeers along with the falsified 20 incident reports. (If the Easterseals Goodwill document were to be a true and honest document it would have violated the American Psychological Assoc. Standards for following guidelines set forth. It would have been a less than fifteen minute visit, and it would have been in regards to SNAP benefits. I went to work immediately upon loosing every job due to the malicious document distribution, and did not require SNAP. (although I applied as per emergency but was denied SNAP).

I sold my land in Donnelly in May of 2004 and moved to Cambridge, as my attempt to purchase land in Ontario fell through as the soon to be new seller, was given all of the falsified documents, and attempted to 'humiliate' (Duckworth) me in the title office, as laughing…'crazy person I was". The deal fell through, but I was able to secure a land North of Ontario 'Verns Market' for auction price.

The same month I purchased I later discovered a bit of evidence, (IDHW Mary Jo Rudd) And the neighbors there started harassing me, for 13 months or so, they filed 28 false incident reports, and tried to have me committed at the Municipal Court 'mental illness court', but I was not mentally ill, and had to pay huge fines for things that I did not do to them. In 2006 I was maliciously prosecuted for things I did not say, as it ended up being a Freedom of Speech issue. I will take my evidence to that Oregon Federal Jurisdiction next. What was conceived out of fraud, is Void. All of the falsified documents from Valley County Sheriff Department plus the Easterseals Goodwill fake Psychological Document along with Hillary Jamron's Idaho Department of Health and Welfare document were handed over to Todd and Misty and the District Attorney in Malheur County for their malicious prosecution. Todd was a felon and it is prosecutor misconduct to use a felon as a witness. among other things…

I was rendered homeless, and thought to be a 'mentally ill' person. I was homeless three and a half of the five years, and lost my property due to having to sell cheaper than I wished, due to another try through the Oregon Courts to prosecute me again for things I had not done or said. I sold and got out from under it In 2009.

I had gotten a disability but I thought it was 'stroke' as I had a stroke in 2002 and another in the Malheur County Jail in 2006x. (NO DR). I had to wait until my brain healed in order to realize and deal with all of the things which had occurred. I have a hurniated disk in L-4 verterbre and many other issues with hipp, auto immune, and arthritis, stomach ect.. So I thought my disability was these physical items. I did not know that the SSA had mis-classified me as 'mentally ill'.

Over the years I was told by law enforcement in some places like Oregon, that I was accused of being 'whore, person with STD's, drunkard, druggie, thief, on and on. I am none of these things, yet someperson maybe a VCSD cop person wished for each and everyone think that I was.

I purchased a trailer and lived in Nampa, Mt. Home, Boise, Coldwell, Emmett and then on to Council Idaho in 2015. I wrote to all of these towns where I had lived and asked law enforcement for incident reports for all places in the past nine and a half years. None reported any incident reports except I had a traffic violation in Nampa. I kept to myself and did not break the law.

Upon Moving to Council Idaho in 10-2015 I noticed deputies following me in their crusers more than a lot of times. I started volunteering at the Council RV park, merely to get out of the house, and see people. I made friends there. But noticed Adams County Sheriff Department instigating false incident reports. I also had asked for the name of the 'fire marshall' as my sister had just put a roof on the house where I live. And I needed to find out about chimny requirements. Deputy Pisco 'blew me off' upon my asking regarding this issue, and it was only the first in many Adams County Officials 'blowing me off'

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Def # 2

II D   **D.**   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Attached
ADAMS
County
Sheriff
Dept

Adams County Sheriff Department has created many false incident reports since 2017. I have video of one where Cherry Henkel follows me in her car and yells at me continuously, I was walking my dog, and minding my own business.  She stated that "this will be an incident" as per intentionally creating a false incident report. This is when I turned on my recorder. The ACSD refused to fis the false incident report and even encouraged many more.  I tried to get them to correct the incorrect information on the public records, some were re-dacted, some were not.

In August 2019 I went into ACSD for a new drivers licence and was made to sign a statement "mentally ill" I signed it as I did not wish to argue. But noticed upon receipt of my new licence that DD part of my new licence states: 2019 and then refurs to two documents through the dates of 0098 and 00002 and these were the questionable, or completely false psychological documents stolen from my mail, and the desk in my home.  I assume this is a funny joke.  I feel that this is used for Homeland Security, and someone 'set me up' to be 'pounced upon' and even was once at a Payette Post Office.

My home was entered at least 18 times within the years of 2015 and 2018.  I noticed at first, many things like a tweeked lock, a moved gate which weighed hundreds of pounds, and things people notice when someone had been in their home.  My greenhouse had been entered the entire winter of 201* and someone left the door open.  Then later someone broke the window on the same greenhouse.

I noticed files had been copied from my computer from 2017 to 2018.  In 10 2018 I noticed after one computer was crashed a log which showed an android had been attached and another time a log which stated a ZTE handset had been attached to my computers.

Along with getting my mail back in a record request from the ACSD.  I had noticed many letters glued shut with thick glue which crackled when it was folded, and lots of tape.

I noticed the neighbor doing something across the street I did not understand, what she was up to, but at three oclock in the morning she was aparently 'cooking drugs', and the man named Gary, had later stated I was correct, and was completely 'blown off' by the sheriff department upon my warning of something illegal she was up to.  This could have been a good bust for them.  I phoned the IDHW procedures section and reported her licence plate no. and that is all I could do at three oclock in the morning.  Steve Wish a camper at the Council RV also saw her.

I also noticed the things I say on the phone being repeated back to me, and noticed two devices hooked to the computers I use at the library, which I assume capture key strokes and no warrant I guess. (Eldredge, a man whom claims to work for the ACSD.)

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

In and around the City of Council Idaho

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Ⅱ. D.
#2 of 5
Attached
Idaho
Department
of
Health and
Welfare

Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendand No   Idaho Department of Health and Welfare, Starting in 1998 IDHW in McCall Idaho had denied me SNAP even when I had no food and was in dire emergencies. 'Welfare Check'which is one of the documents which was moved forward in time by some document changer at the Valley County Sheriff Department, (Felony to change public records, 20 times),  My mother helped, and I was back to work soon after.
It did not stop the IDHW from denying my SNAP all the way to 2004 where I was given some, only after IDHW psyc Hillary Jamron Social Worker with no credentials, trashed yet another psychological record, adding this t the Libel with the Easterseals Goodwill Document.  I did everything she asked even take the prescription drugs she recommended.  yet I was treated like a lesser of an individual each and every time I asked for help.  Hillary Jamron circled drugs I had never taken in my life, on her document, and gave me a GAF of 45 which is funny, because I was working and made more money in 2003 and 2004 than almost any other year.  I was a Chef, and a Hotel Desk Clerk and I cleaned houses for ten years on the side.

IDHW has since 2009, as I was denied SNAP from 2005 on to 2009, lowered the amount on a regular basis, all because of 'hear say he say' from someone in some communitie, whom never quit as far as I know.   It is a regular thing for IDHW to 'pick' on me.  I was at a SNAP review in 2013 or so, and I was waiting like everyone else, then made after two hours, to take another number and wait another two hours.  Then when I got up to the person, that person stated "not going to do this review"
This is just one thing in hundreds.
I turned sixty two years ago, yet they refuse to acknowledge the federal administrative code, that when a person turns sixty, their recources up to 3000 dollars and not 1500 as under sixty years old.  IDHW refused to acknowledge the CFR code which states SSI SSD Under the Americans with Disabilities Act and these count, One car is supposed to be not counted and one is counted after amount owed is paid off. ect.. every excuse to keep my recources low, for more years than I count.  I have friends whom get 184.00 a month SNAP and she is working part time and Disabled.  I have friends whom get SNAP for their Granddaughter when she has a job, and they have a huge income…..my snap is not enough at 11six to live on per month as I have to drive to Ontario from Council to buy groceries.  And the IDHW refuses to put my snap back on the first of the month as I can not afford to go twice a month and I pay my rent on the first of the month.   The IDHW is clearly discriminating against me because This is a policy or custom or usage to treat 'mentally ill' people with disrespect.
The Optum notation states many things regarding my rights, Optum is directed by Medicaid who refused to provide a back brace in 2019 and refused to provide a finger brace for a broken finger.  Optum states" I have the right to be restrained"  I know the Idaho Code states this is illegal to restrain "mentally ill' individual whom has not broken any laws.
"Medicaid wants me off" of it, these are the words of the 2019 SNAP reviewer at my SNAP review.  Where is the money going to come from to pay for 'other' supplimental medical?

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 4.

II. D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Attached
St. Lukes

defendant   St. Lukes had been biased against me as I noticed starting Dec. 2001 as I had my appendix out, and was standing in the hall upon recovery, A woman at the nurses station stated: "It is too bad we have to take people like that", It was McCall Memorial then, and exactly the same time, I was asked questions from my boss at the Aspen Sports Center regarding the (false incident reports, and Easterseals Goodwill document)  And I noticed since 2005 my medical diagnosis are seemingly disapearing from my medical records faster than they are put onto them.  But the nasty "psychological words" seem and as Jana Lilyard stated "forever".

IN 2009 a Dr named Atup Leavett wrote some pretty nasty psychological words on her medical record, did not separate it from the medical record, and stated why.  as she was protecting her DR friend Macha whom did not show up for a seriously important procedure where I was the patient.  "He is her friend".  I am just a 'tard' whom is poor and unimportant.  And after that, alleged 'mentally ill' because during that procedure the TVhospital had drugged me up so much, I could have died, yet, I am a "bad person".  I have to keep copies of all medical records, as there seems to be 'nothing wrong' with me, even when I was diagnosed with full blown Osteoperosis.  MRI results are missing, and all diagnosis ect..

I was on September 14, 2018 ambushed at St. Lukes in Fruitland upon a wellness visit for Medicare.  I was forced into a psychological meeting and do not feel there was any need for such.  It appears that since 'someone said it, it must be true' and I stated If PA Jana Lilyard continues, I would file suit.  She continued, and added words which are not necessary on my medical record, and stated she could use these documents 'forever'. And stated, "we can share them with everybody, and did, as my Medical Dr. in Weiser Clinic quit, as my provider soon after.

I wish to state, there should be a statute of limitations of Psychological Documents, and these people should have to follow the APA guidelines.

Jana Lilyard had a social worker listening in on this September 14, office visit, and it was all in violation of my privacy rights.  Then she used records from Dr. Hulbert, cutting his name off of them from 2010 or so, and tried to pass these blood test documents off as her own.  I only had one fifteen minute visit with her, and only once.

In May of 2019 someone called me, I was working on the roof of the garage, and could not look at the number, but she stated she was 'Trina Stolz the compliance officer of ST.Lukes.  She stated things like, "we share documents with everyone, when ever we want"  and I noticed upon record request of St. Lukes, she added words to the PA Jana Lilyard document, not to my liking.  Trina Stolz stated she had not called.  Deception, Misrepresentation, Fraud?

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

ST Lukes in Fruitland Office visit.  see attached

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No 5

5

Attached

United
States
Post
Office

Council
I.D

The postal employee [s] handed my mail over to the Adams County Sheriff Department for at least two of the four years I have lived in Council. Without a warrant or supbeona, as some of the records handed over were medical records. Adams County gave me back some of these letters upon a record request of their office. I firmly believe the postal worker was shown false or falsified documents regarding my background history in order to be swayed. Adams County Sheriff Department had been manufacturing false incident reports as I have video to the contrary on two of the false incident reports. All of the offices I am filing suit against have shown extreme prejudice against me in denieing my mail, searching my house 18 times without warrants, copying all of the files of two computers in violation of rules, laws, Constitutional Rights, and 'blowing me off' as per the common usage or custom of these offices to 'blow off' someone whom has been accused of being 'mentally ill'. The postal service ignored my rights when I as a disabled individual, Under the Americans With Disability Act in not giving me the asked for free secure post office box as it is customary for disabled persons to have one. The two females in that office stated "your not disabled" and told me I had to come up with medical records. If I have SSI and SSD I have already been classified by the SSA. It has been good enough for people whom have respect for me in other offices. This post office in Council Idaho is mean, as along with denying me a free post box, the woman 'victoria' stuffed someone elses mail in my box over and over for many years, even when I asked her to stop doing it. And when I closed the post box, she tried to short change me on one key deposit. (one dollar instead of three) and when I brought the other key into the post office, (a year later, as someone had taken it from my home upon an illegal search along with my medicaid card, then returned them both onto my door step, a year later)The two females stated the key did not go to that box. yet it is clearly marked with a code, and so is my receipt. I complained many times to the upper management, but nothing ever gets done, or changes in this nasty little town. There is an underlying 'meanness' toward me as the ACSD has fed the communitie some really serious un-truths as to my nature. It is not fair, since nobody tries to get to know me, and are afraid to aproach such a bad person as myself. I have not done anything wrong, and that goes for many years past the twenty that I have been Libeled by a vicious officer of VCSD whom started the false document, lies. and since then has tainted my record so much more than the original 20 falsified incident reports. She has created more than 100 lies to go with thoes first lies. In Vale Oregon in 200six, (my six does not work), Discovery by the MCDA was 81 documents. I can prove 20 of them were out and out fake incident reports. My attorney stated "not even a murderer has 81 documents", meaning he could tell from the serious amount of Libel, as my fingerprints in Oregon State Police, and Idaho State Police, in 200six, stated I had a clean record. So, someone sure has been buisy, creating lies, manipulating offices and administrations to accomplish the task of making sure people see me, as 'crazy'.

It is a difficult lie to live down, vertually impossible to erase, and I have not once had a 'crazy' incident in my life, anywhere, or anytime. Stating someone is 'crazy' is the easiest lie to pull across. It is what scoundrals and cowards say about people.

Adams County Sheriff Department are different than other Sheriff Departments I have encountered. With the exception of the manufactured evidence used in Vale Oregon by the DA in 200six. Adams County Sheriff Department have serious problems in training, and have shown serious disrespect not only to me, but others. (video) The way ACSD deals with people they don't like, is they '    ' evidence, and then put the questionable person, out of the state.

Idaho Department of Health and Welfare use the dirty lies places like Council put into the system without chaecking the validity, whatever xxx says, is or must be true, 'if someone said it it must be true' and therefore, cut recources. I have never had a DUI, or been convicted for theft or anything else except the malicious prosecution for things I did not say, in Vale Oregon in 200six. But I am singled out, and denied recources for some thing I did not do, thirteen years ago, as I jumped through each and every hoop, the Judge there set forth for me. I have not broken any laws. Now in 2019, I am treated as tho, I were a perpetual looser. I am a grandmother, I do not socialize with anyone other than my friends of forty years. I am quiet, and do not bother anyone, yet ACSD had to start 'pouncing' the minute I set foot onto Council soil.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

this is attached   The USPO in Council Idaho
See attached sheet for each person I file against

B.   What date and approximate time did the events giving rise to your claim(s) occur?

this is attached USPO I noticed the post office in Donnelly had opened all mail, taped it shut, In Eagle Idaho all mail was returned back to sender even tho I had paid my box rent. In Emmett it started to happen and I asked the Post Master to stop messing with my mail, I showed him the SSA document from 2005 where someone had signed my dead fathers name to a record release form, as I have been a victom of fraud, and he stopped doing the things the post office in Council Idaho are exceptionally rude and vicious, Starting in aproximately 2017, thru 2019 still handing my mail over to ACSD.

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

this is attached

I have been Libeled by a dirty officer of the law from Valley County Sheriff Department starting before 1998, and lasting thru 2019 as I believe she married a deputy at Adams County Sheriff Department. Now in 2019, see first page of item C.
Joyce Rodebaugh Wade, had manipulated the officers at ACSD to show false documents to Postal Employees, whom did not have a warrant and handed over my mail. To Them

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

III  C *continued*

Facts are explained in the Attachment, although I have left things out which are important to the legal issues.

VCSD Joyce Rodebaug I allege; changed, manipulated and distributed 20 falsified incident reports ranging in dates from 1995 through 2004. (repository entry 2005 without due process or arrest now deleted) Created the Easterseals/Goodwill fake psychological document and distributed it throughout the community of McCall and Cascade, Vale Oregon in 2005, ect. to 2019

All employers and potential employers have been affected, 1998 until 2004. Idaho Department of Health and Welfare used these false documents starting in 2002 and discriminated against me, which is still on going 2019

St. Lukes has been affected by the falsified documents in reflection of the way the medical professionals have 'treated' me since 1998.  (as not treating me with the dignity and respect all persons with a reasonable expectation of care, would expect.) sadly lacking.to 2020.

US Postal service starting in 2002 were opening all mail, taping it shut, Donnelly Idaho, I noticed in Eagle, my mail being re-routed back to sender, Emmett started doing same, but I asked them to stop, and showed then evidence that I had been libeled, and they were nice about it.  Council Idaho is out and out shameful, in the way they have acted at the post office. 2015 through 2020

All of the above have shown discrimination, bias, stigma, and lack of care for my person.  I call it a custom of treating 'mentally ill' people as lesser of human beings.  (although I did not know I was being singled out for this miss classification.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have had two strokes as a result of the stress this VCSD deputy has forced upon my life. I lost my real estate investment in Ontario, as a result of this womans vicious distribution of the falsified documents.

I lost my only home, which I fixed up, and cleaned prior to moving in and having yet another vicious County employee, 'lie under oath' and instigate 28 more false incident reports.  ( I was not even home most of that time, as I was helping my best friend from childhood's mother and father as Grace McHargue had broken her hipp, and Jim Mcharge needed to go to his DR at the VA. I helped for free, and for a long time, these people were fed the nasty inuendo by a misdirected law enforcement person, but I told Grace "put away your things" so as not to be stolen by me, a person whom would never steal, especially from such nice and good people.

I lost credibility at the Hospitals such as St. Lukes whom seem to loose my diagnosis as soon as Medicare pays for them, lost MRI results lost records at an epic level.  I noticed this and started keeping all records, as the obvious fact, they just do not treat people very will whom have been accused of being 'mentally ill", it is according to the Hospitals "all in my head".

Or I at the time, 2005 at my daughters babysitting my grand children, in Boise. So I could not have broken the law as according to Todd the felon and Misty the liar 28 times.

I have lost the chances to work, and Adams County Sheriff Department has completely ruined through Libel, and Slander ruined my chances to make quality friends, in this community of Council Idaho.

I have lost income through the benefit of SSI as mine was frozen in 2009 or 2011 by IDHW.  I have to go through impoverished conditions of which IDHW inflict onto me due to lies, Hillary Jamron IDHW Social worker put onto documents, she was on 28 different prescription drugs for her HCV virus infection, she even convinced Central district health department, in 2004 that I had this as well, but I do not nor I ever have had any social diseases, or HCV virus

I will be suffering serious problems if the DD part of my drivers licence is not changed to a normal and average Receipt number issued by the DMV. It is leaving to possibility for un-necessary arrest in the future, as I firmly believe someone had an agenda of "letting someone else do the dirty work for them", such as a deputy coward.

My public records are not accurate, this has in the past, and in the future cost me more than money.

## V.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I would: like Adams County Idaho to replace my computer worth no more than _____ a HP laptop, of which they 'destroy files' 10-2018.

Adams County will be fixing or deleting all of the fake incident reports, (I have video to prove, or documents to prove false) and taking the nasty record directive off of my DD part of my drivers licence. (a joke, but not funny as the others whom read it over react…I assume this was meant, as in intentional by ACSD DMV)

I would like Valley County Sheriff Department to listen when I say, "the records have the wrong date on them, as Brandi Husky has tried, but refuses to help further.  The 20 incident reports changed in or prior to 2004 should _ALL___ need to be re-dacted and dissiminated to ALL of the correct offices whom law enforcement uses.

VCSD owes me a price  XXX for allowing their employee to get away with fraud.

I lost jobs, careers, friends.

I will go back on State of Oregon next for Malicious Prosecution, and 9th Circuit needs to re-pay thoes financial losses.

Nobody can replace the years I have lost due to the fraud which VCSD deputy had pulled off.  There is no price tag.

I would like someone in Administrations, I am un-sure whom, who control:holding an alleged mentally ill person in jail for 30 days, as this would result in the loss of recources which could keep this individual "out of the streets", the system is 'set up' to induce homelessness in these vulnerable individuals.  Whether it be Idaho Statutes which state "institution can take and absorb trust fund" of individual, all the way to "restraining' mentally ill people as per the Optum flyer, "you have a right to be restrained".  Contrary to Idaho Code. and if disabled due to physical ailments like arthritis, its is severly painful to be restrained.  Held in jail for ?how long? 30 days as per 'someone' just wants to remove all recources under the color of the law, code or policy. Statutes need to be created to force a PHD's certified mental evaluation ASAP so this person does not have to stay in jail for more than 'days'.  Colorado had changed rules regarding such.

I am not an Organ donor - But DMV refuses to remove this "Privacy" issue.

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.       For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          January 20, 2020

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   _January 20, 2020_

Signature of Plaintiff   _Julia E. Vance Probst_

Printed Name of Plaintiff   _Julia E. Vance Probst_

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

| | City | State | Zip Code |
|---|---|---|---|

Telephone Number   _____

E-mail Address   _____

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**A.      For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            January 20, 2020

Signature of Plaintiff        _Julia E. Vance Probst_
Printed Name of Plaintiff     _Julia E. Vance Probst_

**B.      For Attorneys**

Date of signing:            _____

Signature of Attorney        _____
Printed Name of Attorney     _____
Bar Number                   _____
Name of Law Firm             _____
Address                      _____
                             _____

|  | *City* | *State* | *Zip Code* |

Telephone Number             _____
E-mail Address               _____